# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-BRW |
| | : | 4:04CV02090 |
| PREMPRO PRODUCTS LIABILITY LITIGATION | : | |
| HELEN JOHNSON | : | PLAINTIFF |
| v. | : | |
| WYETH, INC., et al. | : | DEFENDANTS |

## ORDER

Pending is Defendants' Motion for Summary Judgment (Doc. No. 16). Plaintiff has responded.[1]

Defendants contend that they are entitled to summary judgment because Plaintiff, in her fact sheet, alleged to have used only Premarin.[2] Since the motion was filed, Plaintiff updated the fact sheet to clarify that she consumed both Premarin and Provera.[3]

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 16) is DENIED.

IT IS SO ORDERED this 21st day of March, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 18.

[2] Doc. No. 16.

[3] Doc. No. 18.